B18WJ (Form 18WJ) (08/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 13–48189**
**Chapter 13**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Javan J. Cross | Selena Madea Montanez–Cross |
| 2175 Kyla Court | fka Selena Madea Montanez, fka |
| Montgomery, IL 60538 | Selena M. Montanez |
| | 2175 Kyla Court |
| | Montgomery, IL 60538 |

Social Security / Individual Taxpayer ID No.:
  xxx–xx–0519                                         xxx–xx–9292

Employer Tax ID / Other nos.:

### DISCHARGE OF JOINT DEBTORS AFTER COMPLETION OF CHAPTER 13 PLAN

     It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

     If the trustee has filed and served a notice pursuant to Section B2 (b) of the debtors' plan, and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

                                        FOR THE COURT

Dated: <u>December 3, 2014</u>          <u>Jeffrey P. Allsteadt, Clerk</u>
                                        United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

*Form 18WJ (08/07)*

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for most taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                               United States Bankruptcy Court
                                Northern District of Illinois

In re:                                                         Case No. 13-48189-BWB
Javan J. Cross                                                 Chapter 13
Selena Madea Montanez-Cross
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0752-1           User: ahamilton              Page 1 of 2                  Date Rcvd: Dec 03, 2014
                               Form ID: b18w                Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 05, 2014.
db/jdb         +Javan J. Cross,    Selena Madea Montanez-Cross,    2175 Kyla Court,    Montgomery, IL 60538-4030
21340540       +Amalgamated Bank Of Chicago,    1 W. Monroe Street,    Chicago, IL 60603-5384
21340541       +Amalgamated Bank of Chicago,    PO Box 800,   Trust Department,    Chicago, IL 60690-0800
21340542       +American Express,    PO Box 1000,   Los Angeles, CA 90001-1000
21340547       +CitiBank, N.A.,    PO Box 790110,   Saint Louis, MO 63179-0110
21340546       +Citibank, N.A.,    399 Park Avenue,   New York, NY 10022-4699
21340549       +Earthmovers Credit Union,    2195 Baseline Road,    Oswego, IL 60543-6006
21340551        Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
21340552       +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
21340553       +HFC / Beneficial,    2929 Walden Avenue,   Depew, NY 14043-2602
21340554       +Kendal County Collector’s Office,    111 W. Fox Street,    Yorkville, IL 60560-1621
21340555       +Lakewood Creek Homeowners Association,    c/o Baum Property,    PO Box 46,
                 Aurora, IL 60507-0046
21340556       +Municicap, Inc. Public Finance,    Amalgamated Bank of Chicago,    PO Box 800,
                 Chicago, IL 60690-0800
21340557       +Springleaf,    PO Box 64,   Evansville, IN 47701-0064
21340563       +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
22665661       +U.S. Bank Trust, N.A., as Trustee for LSF9 Master,    c/o Caliber Home Loans, Inc.,
                 13801 Wireless Way,    Oklahoma City, OK 73134-2500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21340543       +EDI: AMEREXPR.COM Dec 04 2014 00:28:00      American Express,    Box 0001,
                 Los Angeles, CA 90096-8000
21340544       +EDI: BECKLEE.COM Dec 04 2014 00:28:00      American Express *,    c/o Becket & Lee,
                 P.O. Box 3001,   Malvern, PA 19355-0701
21697143        EDI: BECKLEE.COM Dec 04 2014 00:28:00      American Express Bank, FSB,    c o Becket and Lee LLP,
                 POB 3001,   Malvern, PA 19355-0701
21340545       +EDI: HFC.COM Dec 04 2014 00:28:00      Beneficial,    P.O. Box 8873,
                 Virginia Beach, VA 23450-8873
21443473       +EDI: HFC.COM Dec 04 2014 00:28:00      Beneficial Financial I Inc,    merger to Beneficial IL Inc,
                 HSBC Mortgage Services, Inc.,    PO Box 21188,   Eagan, MN 55121-0188
21340548        EDI: CITICORP.COM Dec 04 2014 00:28:00      Citicorp Credit Services *,
                 ATTN: Internal Recovery; Centralized Bk,    P.O. Box 20507,    Kansas City, MO 64195
21410319       +E-mail/Text: collections@earthmovercu.com Dec 04 2014 00:52:35      Earthmover Credit Union,
                 P.O. Box 2937,   Aurora, IL 60507-2937
21340550       +E-mail/Text: collections@earthmovercu.com Dec 04 2014 00:52:35      Earthmovers Credit Union,
                 PO Box 2937,    Aurora, IL 60507-2937
22692287        EDI: PRA.COM Dec 04 2014 00:28:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541
21340559        EDI: AGFINANCE.COM Dec 04 2014 00:28:00      Springleaf Financial Services,    3615 W 95th Street,
                 Evergreen Park, IL 60805
21340558        EDI: AGFINANCE.COM Dec 04 2014 00:28:00      Springleaf Financial Services,    Crestwood Center,
                 13608 Cicero Avenue, Suite C,    Midlothian, IL 60445
21448963        EDI: AGFINANCE.COM Dec 04 2014 00:28:00      Springleaf Financial Services,    P.O. Box 3251,
                 Evansville, IN 47731
21340561        EDI: TFSR.COM Dec 04 2014 00:28:00      Toyota Financial Services,    19001 S. Western Avenue,
                 Torrance, CA 90501
21340560        EDI: TFSR.COM Dec 04 2014 00:28:00      Toyota Financial Services,    P.O. Box 5855,
                 Carol Stream, IL 60197
21340562        EDI: TFSR.COM Dec 04 2014 00:28:00      Toyota Motor Credit,   Toyota Financial Services,
                 PO Box 8026,   Cedar Rapids, IA 52408
21391431        EDI: TFSR.COM Dec 04 2014 00:28:00      Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,
                 Cedar Rapids, Iowa 52408-8026
21340564       +EDI: WFFC.COM Dec 04 2014 00:28:00      Wells Fargo Financial Bank,    4137 121st Street,
                 Urbandale, IA 50323-2310
21488124        EDI: WFFC.COM Dec 04 2014 00:28:00      Wells Fargo Financial National Bank,
                 Wells Fargo Bank NA,    PO Box 10438,   Des Moines IA 50306-0438
21340566       +EDI: WFNNB.COM Dec 04 2014 00:28:00      World Financial Network National Bank,    PO Box 182782,
                 Columbus, OH 43218-2782
21340565       +EDI: WFNNB.COM Dec 04 2014 00:28:00      World Financial Network National Bank,
                 3100 Easton Square Place,    Columbus, OH 43219-6232
                                                                                              TOTAL: 20

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1           User: ahamilton              Page 2 of 2                   Date Rcvd: Dec 03, 2014
                               Form ID: b18w                Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2014                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2014 at the address(es) listed below:
              Glenn B Stearns    mcguckin_m@lisle13.com
              Heather M Giannino    on behalf of Creditor   U.S. Bank Trust, N.A., as Trustee for LSF9 Master
               Participation Trust bankruptcy@hsbattys.com,  bankruptcy@hsbattys.com
              Nathan C Volheim    on behalf of Debtor Javan J. Cross courtinfo@sulaimanlaw.com,
               nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
               ;sulaiman.igotnotices@gmail.com
              Nathan C Volheim    on behalf of Joint Debtor Selena Madea Montanez-Cross
               courtinfo@sulaimanlaw.com,
               nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
               ;sulaiman.igotnotices@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 5
```