NTCASCLM

# United States Bankruptcy Court

*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Javan J. Cross
2175 Kyla Court
Montgomery, IL 60538
SSN: xxx−xx−0519 EIN: N.A.

Case No. :   13−48189
Chapter :   13
Judge :   Bruce W. Black

Selena Madea Montanez−Cross
2175 Kyla Court
Montgomery, IL 60538
SSN: xxx−xx−9292 EIN: N.A.
fka Selena Madea Montanez, fka Selena M. Montanez

### NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

TO : Springleaf Financial Services

Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that there has been filed in this office an assignment to Portfolio Recovery Associates, LLC of your claim in the above matter, designated Claim No. 4 in the amount of $17932.42.   If no objections are filed by you on or before December 24, 2014 the Court shall substitute Portfolio Recovery Associates, LLC in your place and stead as a claimant.   If objections to the assignment of claim are filed, a hearing will be scheduled by the court. You will be notified of the date of this hearing.

For the Court,

Dated: December 3, 2014

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 13-48189-BWB
Javan J. Cross                                                         Chapter 13
Selena Madea Montanez-Cross
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ahamilton            Page 1 of 1              Date Rcvd: Dec 03, 2014
                              Form ID: ntcasclm          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 05, 2014.
db/jdb         +Javan J. Cross,    Selena Madea Montanez-Cross,   2175 Kyla Court,   Montgomery, IL 60538-4030

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 21448963       E-mail/PDF: cbp@springleaf.com Dec 04 2014 00:54:56     Springleaf Financial Services,
                 P.O. Box 3251,   Evansville, IN  47731
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2014                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2014 at the address(es) listed below:
              Glenn B Stearns    mcguckin_m@lisle13.com
              Heather M Giannino    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF9 Master
               Participation Trust bankruptcy@hsbattys.com,    bankruptcy@hsbattys.com
              Nathan C Volheim    on behalf of Debtor Javan J. Cross courtinfo@sulaimanlaw.com,
               nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
               ;sulaiman.igotnotices@gmail.com
              Nathan C Volheim    on behalf of Joint Debtor Selena Madea Montanez-Cross
               courtinfo@sulaimanlaw.com,
               nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
               ;sulaiman.igotnotices@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 5